**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **SEARS et al,** | ) | **CASE NO.  1:17-cv-00934-DAP** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ALLIANCE SECURITY, INC. et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court has been advised by Plaintiffs' counsel of record that the above-captioned case

has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own

costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.


**IT IS SO ORDERED.**


*/s/ Dan Aaron Polster    Sept. 18, 2017*
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**