**Chris Wido**

| | |
|---|---|
| **From:** | Matthew Pitts <mpitts@alliancesecurity.com> |
| **Sent:** | Wednesday, February 21, 2018 9:06 AM |
| **To:** | Chris Wido |
| **Subject:** | Fwd: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP |
| **Attachments:** | Settlement Agreement Sears.Edwards - Alliance Edits.doc |

Hello Chris,

Please find attached the settlement agreement with some minor edits and additions. Please let me know if you have any concerns with the edits.

Thanks.

Matt

# Alliance Security



Matthew Pitts, Esq.
In-House Counsel
Tel.: 401-709-8927
Alliance Security
Rhode Island
 | 85 Garfield Ave. |
Cranston
,
RI

02920
alliancesecurity.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email

---------- Forwarded message ----------
From: **Matthew Pitts** <mpitts@alliancesecurity.com>
Date: Mon, Feb 19, 2018 at 9:36 AM
Subject: Re: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP
To: Chris Wido <Chris.Wido@spitzlawfirm.com>
Cc: "David A. Sullivan" <DSullivan@darroweverett.com>

Chris,

1

I apologize for the delay on this. We have over the last month moved corporate offices. I will review immediately and will have it back to you in the next 24 hours.

Best,

Matt

On Sunday, February 18, 2018, Chris Wido <Chris.Wido@spitzlawfirm.com> wrote:

> Matt and Dave,
>
> It has been nearly a month since I sent you the draft agreement. Please advise on the status of this.
>
> All the best,
>
> *Chris Wido*
>
> Chris P. Wido
>
> **THE SPITZ LAW FIRM, LLC**
>
> **The Employee's Attorney.**TM
>
> The WaterTower Plaza
>
> 25200 Chagrin Blvd, Suite 200
>
> Beachwood Ohio, 44122
>
> Phone: (216) 291-4744 x 130
>
> Fax: (216) 291-5744
>
> # CallTheRightAttorney.com
>
> Please Read: Why Are Ohio Law Makers Making It Easier For Your Boss To Discriminate And Sexually Harass You? Our Lawyers Need Your Help To Stop Them!

Attention: Privileged and/or confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient, you may not use, copy, distribute or deliver this message (or any part of its contents) to anyone or take any action in reliance on it. If you are not the intended recipient, you should destroy this message, and notify The Spitz Law Firm immediately by e-mail and/or telephone.

**From:** Chris Wido
**Sent:** Friday, January 19, 2018 4:43 PM
**To:** 'Matthew Pitts' <mpitts@alliancesecurity.com>
**Cc:** David A. Sullivan <DSullivan@darroweverett.com>
**Subject:** RE: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP

Matthew,

Thank you for clarifying. I have attached a proposed settlement agreement. Please let me know if there are any issue with it.

All the best,

*Chris Wido*

Chris P. Wido

**THE SPITZ LAW FIRM, LLC**

**The Employee's Attorney.**[TM]

The WaterTower Plaza

25200 Chagrin Blvd, Suite 200

Beachwood Ohio, 44122

Phone: (216) 291-4744 x 130

Fax: (216) 291-5744

# CallTheRightAttorney.com

Please Read: Why Are Ohio Law Makers Making It Easier For Your Boss To Discriminate And Sexually Harass You? Our Lawyers Need Your Help To Stop Them!

Attention: Privileged and/or confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient, you may not use, copy, distribute or deliver this message (or any part of its contents) to anyone or take any action in reliance on it. If you are not the intended recipient, you should destroy this message, and notify The Spitz Law Firm immediately by e-mail and/or telephone.

**From:** Matthew Pitts [mailto:mpitts@alliancesecurity.com]
**Sent:** Friday, January 19, 2018 11:04 AM
**To:** Chris Wido <Chris.Wido@spitzlawfirm.com>
**Cc:** David A. Sullivan <DSullivan@darroweverett.com>
**Subject:** Re: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP

Hello Chris,

I believe that there was a misunderstanding.  Yes, still intend to settle this as previously discussed.  Please forward to me the allocations.  In addition, I would appreciate it if you would also draft a settlement agreement for our review.  With the continued efforts in the bankruptcy our resources are somewhat strained.  We will, however, be able to promptly review the settlement agreement once drafted.

Sincerely,

Matt Pitts

# Alliance Security

Matthew Pitts, Esq.

Director of Legal Compliance

Tel.: 401-709-8927

Alliance Security

Rhode Island

| 85 Garfield Ave. |

Cranston

,

RI

02920

alliancesecurity.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email

On Fri, Jan 19, 2018 at 10:23 AM, Chris Wido <Chris.Wido@spitzlawfirm.com> wrote:

> David,

We never discussed who was to draft the settlement agreement, and the emails do not specify and/or are ambiguous. I apologize for not getting you allocations, which I assume led me to believe that you were in fact drafting. I will try to get you something today.

I am, however concerned by language that suggests that settlement is "possible."  We have an agreement, and the Court retains jurisdiction to enforce that agreement. Hopefully I am just misreading you.

All the best,

*Chris Wido*

Chris P. Wido

**THE SPITZ LAW FIRM, LLC**

**The Employee's Attorney.**[TM]

The WaterTower Plaza

25200 Chagrin Blvd, Suite 200

Beachwood Ohio, 44122

Phone: (216) 291-4744 x 130

Fax: (216) 291-5744

# CallTheRightAttorney.com

Please Read: Why Are Ohio Law Makers Making It Easier For Your Boss To Discriminate And Sexually Harass You? Our Lawyers Need Your Help To Stop Them!

Attention: Privileged and/or confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient, you may not use, copy, distribute or deliver this message (or any part of its contents) to anyone or take any action in reliance on it. If you are not the intended recipient, you should destroy this message, and notify The Spitz Law Firm immediately by e-mail and/or telephone.

**From:** David A. Sullivan [mailto:DSullivan@darroweverett.com]
**Sent:** Thursday, January 18, 2018 4:50 PM
**To:** Chris Wido <Chris.Wido@spitzlawfirm.com>
**Cc:** Matthew Pitts (mpitts@alliancesecurity.com) <mpitts@alliancesecurity.com>

**Subject:** RE: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP

Attorney Wido,

My belief and understanding is that we settled this matter (especially since you contacted the court on 9/12 and reported to the court that the case had settled) and you stated that there was going to be a need for 3 checks to be written to each of your clients. I told you that I was awaiting your proposed breakdown for these three checks (settlement was $5k each plaintiff total $10k) and I was also awaiting your proposed settlement agreements (releases, stipulations of dismissal, etc.). I have never received any of this from you. Your email dated 1/4 is very confusing and in contradiction to the email exchange (which I have reviewed). I have looped Matt Pitts in on this email, he is the director of legal compliance at Alliance. Please feel free to deal directly with him. As far as I know, the case can still be settled, but as I stated earlier, we have been waiting for your allocation for these checks and your proposed settlement documents. Please review your email to me dated 9/17 @7;49 am, as well as my response to you on the same day (9/14) @8;54 am.

Thanks and good luck.


David A. Sullivan

Partner



Rhode Island | Massachusetts | New York | Florida

10 North Main Street

Fall River, MA 02720

P: (508) 675-1576

E: dsullivan@darroweverett.com

www.darroweverett.com



*PRIVILEGED AND CONFIDENTIAL: This e-mail communication (including any attachments) contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is for the sole use of the intended recipient(s).  If you are not an intended recipient, please: (i) be aware that any unauthorized interception, review, use, disclosure, or distribution is prohibited; (ii) notify the sender by return e-mail; and (iii) delete this communication from your computer system and destroy any copies.*

*NO FEDERAL TAX ADVICE:  Unless expressly provided, this e-mail communication (including any attachments) does not constitute written tax advice as described in 31 C.F.R. 10, et seq. and is not intended or written by us to be used and/or relied on as written tax advice for any purpose including, without limitation, the marketing of any transaction addressed herein.  Any U.S. federal tax advice rendered by DarrowEverett LLP shall be conspicuously labeled as such, shall include a discussion of all material facts and circumstances applicable to transactions discussed therein in compliance with 31 C.F.R. 10.37, and shall set forth any applicable limits on the use of such advice.*

*QUESTIONS: If you have any questions regarding this disclaimer, please contact DarrowEverett LLP at **401-453-1200**, **617-443-4500** or **508-757-3300**.*

**From:** Chris Wido [mailto:Chris.Wido@spitzlawfirm.com]
**Sent:** Thursday, January 04, 2018 9:07 AM
**To:** David A. Sullivan
**Cc:** Chad Gottlieb
**Subject:** RE: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP

David,

I am sure it is an oversight, but I have not heard from you since we resolved this case. Please advise when I can expect a draft settlement agreement. If I do not hear back from you by next Friday, (1/12), I will no choice but to file a motion to enforce. I look forward to hearing from you.

All the best,

*Chris Wido*

Chris P. Wido

THE SPITZ LAW FIRM, LLC

The Employee's Attorney.<sup>TM</sup>

The WaterTower Plaza

25200 Chagrin Blvd, Suite 200

Beachwood Ohio, 44122

Phone: (216) 291-4744 x 130

Fax: (216) 291-5744

# CallTheRightAttorney.com

Please Read: Why Are Ohio Law Makers Making It Easier For Your Boss To Discriminate And Sexually Harass You? Our Lawyers Need Your Help To Stop Them!

Attention: Privileged and/or confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient, you may not use, copy, distribute or deliver this message (or any part of its contents) to anyone or take any action in reliance on it. If you are not the intended recipient, you should destroy this message, and notify The Spitz Law Firm immediately by e-mail and/or telephone.

**From:** David A. Sullivan [mailto:DSullivan@darroweverett.com]
**Sent:** Thursday, September 14, 2017 8:54 AM
**To:** Chris Wido <Chris.Wido@spitzlawfirm.com>
**Cc:** Chad Gottlieb <CGottlieb@darroweverett.com>
**Subject:** Re: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP


Chris,

   Thanks, I appreciate the effort and desire to settle  these claims. We will also need releases from your clients running to the benefit of our clients. I have no idea how you propose to allocate each settlement to each plaintiff so before I can give the final approval I would need to see your proposed breakdown and the releases. I am assuming the proportional breakdown will be the same for both of your clients? If I am mistaken please give me a breakdown for both clients. I can't see how this could be a deal breaker but I would need to explain these breakdowns to my clients. I agree that we are at "common ground" here, but I need the breakdown(s) and we would need to approve the language of the release before we can set this in stone. Thanks again.

David A. Sullivan
Partner
DarrowEverett LLP

Rhode Island | Massachusetts | New York | Florida

On Sep 14, 2017, at 7:50 AM, Chris Wido <Chris.Wido@spitzlawfirm.com> wrote:

Marrissa,

I wanted to advise the Court that the parties have reached a settlement in principal. Thus, we can cancel the mediation.

All the best,

Chris Wido

**From:** Marissa_Black@ohnd.uscourts.gov <Marissa_Black@ohnd.uscourts.gov>
**Sent:** Tuesday, September 12, 2017 4:06 PM
**To:** Chris Wido
**Subject:** Re: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP

Chris,

Thank you for your quick responses. I sent my last email to all parties' counsel so I will wait to hear back from Defendant's counsel.

Thanks,

Marissa

From:    Chris Wido <Chris.Wido@spitzlawfirm.com>
To:      "marissa_black@ohnd.uscourts.gov" <marissa_black@ohnd.uscourts.gov>,
Date:    09/12/2017 04:02 PM
Subject: Re: Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP

Marissa,

That is my understanding but you would probably have to ask him.

Chris Wido

Get Outlook for Android

---

**From:** Marissa_Black@ohnd.uscourts.gov <Marissa_Black@ohnd.uscourts.gov>
**Sent:** Tuesday, September 12, 2017 4:00:38 PM
**To:** ekinder@spilmanlaw.com; glofstead@spilmanlaw.com
**Cc:** Chris Wido
**Subject:** Sears et al v. Alliance Security, Inc. et al, 1:17-cv-00934-DAP

Hello,

The Judge asked me to reach out to you to inquire whether counsel for Alliance Security, Inc. plans to represent Jasjit Gotra. Please let me know at your earliest convenience.

Thanks,

Marissa

Marissa Black
Law Clerk to The Honorable Dan Aaron Polster
U.S. District Court, Northern District of Ohio
216.357.7194

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
---

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
---

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
---

---
This email has been scanned by the Symantec Email Security.cloud service.

For more information please visit http://www.symanteccloud.com
_____

DISCLAIMER - This e-mail may contain confidential information. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, you must not use, copy, disclose or take any action based on this e-mail or any information herein. If you have received this e-mail in error, please notify the sender and permanently delete the email and any attachments immediately.

Alliance Security



--
# Alliance Security



Matthew Pitts, Esq.
In-House Counsel
Tel.: 401-709-8927
Alliance Security
Rhode Island
 | 85 Garfield Ave.  |
Cranston
,
RI

02920
alliancesecurity.com


This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email


DISCLAIMER - This e-mail may contain confidential information. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, you must not use, copy, disclose or take any action based on this e-mail or any information herein. If you have received this e-mail in error, please notify the sender and permanently delete the email and any attachments immediately.

Alliance Security